PROB 22
(MD/PA 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 3:26CR0035-001 |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-00178-GMN-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carl Richard Macalalad | Middle District of Pennsylvania | Scranton |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

AUG 18 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

NAME OF SENTENCING JUDGE

Julia K. Munley
United States District Judge

| DATES OF PROBATION/ | FROM | TO |
|---|---|---|
| Probation | July 22, 2026 | July 21, 2029 |

OFFENSE

Honest Services Wire Fraud Conspiracy -- 18 U.S.C. §§ 1343 and 1349

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

8/12/26
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 20, 2026
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Carl Richard Macalalad

Case No.: To be determined

**REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION**

August 18, 2026

TO: United States District Judge

Mr. Macalalad was sentenced to three years' probation by the Honorable Julia Munley on July 22, 2026, in the United States District Court for the Middle District of Pennsylvania as a result of his guilty plea to one count of Honest Services Wire Fraud Conspiracy.

Mr. Macalalad is a resident of Nevada, and his supervision was transferred immediately upon his sentencing. At this time, Mr. Macalalad maintains a residence in Las Vegas with his wife and three children. Mr. Macalalad has expressed no intention of residing outside of the state of Nevada. As such, the Probation Office in the District of Nevada is requesting that jurisdiction of Mr. Macalalad's case be accepted as recommended by the Judicial Conference policy.

Attached is the Transfer of Jurisdiction form (Probation Form 22) for your signature.

Respectfully submitted,

Digitally signed by Shawn Mummey
Date: 2026.08.18 13:04:25 -07'00'

Shawn Mummey
Senior United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2026.08.18 12:24:17 -07'00'

Steve M Goldner
Supervisory United States Probation Officer